IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              No. CR 12-2834-MV

GONZALO MONTENEGRO CORONEL,

    Defendant.

## Order and Notice of Trial

    THIS MATTER is before the Court on plaintiff's *Unopposed Motion to Continue August 19, 2013, Trial* [80]. The Court has weighed the representations made in the motion and finds granting a continuance to resolve these issues outweighs the public and defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161, specifically: Government counsel requests additional time, with the concurrence of defense counsel, to allow the Court time to hear and rule on pending pre-trial Motions.

    Conducting a trial in the face of these facts would be contrary to the interests of justice. *Zedner v. United States* 126 S. Ct. 1976 (2006). Now, therefore,

    **IT IS ORDERED** that the trial of this action be and hereby is continued from August 19, 2013 to **Monday, November 18, 2013, at 9:00 a.m.**, in the United States Courthouse, 106 South Federal Place in Santa Fe, New Mexico, pursuant to 18 U.S.C. § 3161(h)(7)(A), with the following pretrial dates and deadlines. It is further ordered that the period of time from the entry of this Order until the new trial date shall be excluded from the time limitations set forth within 18 U.S.C. § 3161(c)(1) .

| Event | Date/Deadline |
|---|---|
| Pre-Trial Motions | October 1, 2013 |
| Joint Jury Instructions, Witness and Exhibit Lists, Voir Dire | November 4, 2013 |
| Objections to Witness and Exhibit Lists, Objections to Voir Dire | November 8, 2013 |
| Motion to Continue | November 8, 2013 |
| Motions in Limine/Response/Reply | October 28, 2013 / November 4, 2013 / November 8, 2013<br><br>This deadline does not include *Daubert* or other motions, which shall be made prior to the dispositive motions deadline established at arraignment.<br><br>Responses and replies to Motions in Limine filed 14 days or more before this deadline are due in accordance with the Federal and Local Rules of Criminal Procedure. |
| Jury Selection/Trial | November 18, 2013, 9:00 a.m. |

In an effort to conserve judicial resources, the Court must be advised of all plea agreements no later than ten (10) working days prior to trial. The plea must be entered at least five (5) days prior to the trial date.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

Linda Z. Romero, Courtroom Deputy - **(505) 992-3826**
Trial Preparation guidelines:  http://www.nmcourt.fed.us/web/DCDOCS/Judges/vazquez.html